IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10928
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

REYNALDO JUAREZ-VILLALON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:00-CR-7-1-Y
--------------------
April 12, 2001

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:*

     Reynaldo Juarez-Villalon appeals from his guilty-plea
conviction and sentence for illegal reentry by a previously
deported alien in violation of 8 U.S.C. § 1326.  Juarez-Villalon
argues that in view of Apprendi v. New Jersey, 530 U.S. 466, 120
S. Ct. 2348, 2362-63 (2000), his prior felony conviction was an
element of the offense under 8 U.S.C. § 1326(b)(2) and not merely
a sentence enhancement.  He acknowledges that his argument is
foreclosed by Almendarez-Torres v. United States, 523 U.S. 224,
247 (1998), but states that he is preserving it for possible

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Supreme Court review because the Supreme Court indicated in Apprendi that Almendarez-Torres may have been wrongly decided.

Because the Supreme Court has not overruled Almendarez-Torres, this court is compelled to follow it. See United States v. Dabeit, 231 F.3d 979, 984 (5th Cir. 2000), cert. denied, 121 S. Ct. 1214 (2001). Accordingly, the judgment is AFFIRMED.